# United States Court of Appeals
# for the Federal Circuit

---

November 4, 2011

**ERRATA**

---

Appeal No. 2011-1096

**ROBERT BOSCH LLC,**
**v.**
**PYLON MANUFACTURING CORP.,**

Decided:  October 13, 2011
Precedential Opinion

---

Please make the following change:

Page 8, line 6, change "Bissel" to –"Bissell"--.